**FILED**

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0082

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0082

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSHUA JAMES HOWELL,

      Defendant and Appellant.

ORDER

The parties to this appeal have filed a stipulation. The parties stipulate that the case should be remanded to the Eleventh Judicial District Court, Flathead County, for a Nunc Pro Tunc Order to correct the written judgment in DC-21-275(A) on Count II; to reflect Mr. Howell was convicted of Count II -DUI (misdemeanor). Therefore, for good cause appearing,

IT IS ORDERED that this matter is remanded for the Eleventh Judicial District Court, Flathead County, to revise the written judgment by correcting the written judgment to reflect Count II – DUI (Misdemeanor).

IT IS FURTHER ORDERED that upon correction of the clerical error in the judgment, the appeal shall proceed as previously ordered.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable Amy Eddy, presiding judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2023